## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

September 23, 2010

**BY FACSIMILE AND ECF**
Hon. David G. Trager
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Abu Bakr Raheem
         04 Cr. 706 (DGT)

Dear Judge Trager:

    I was appointed standby counsel in the above referenced matter on May 13, 2010. Pursuant to my conversations with your Honor's case manager, I am writing on behalf of Mr. Abu Bakr Raheem to request additional time in which to complete his post trial motions. My office has reviewed the transcript and associated files, as well as had conversations with Mr. Raheem, Mr. Levitt and Mr. Loonam. Mr. Raheem, however, requires additional time in which to finish preparing his motions. The government does not object to this request.

    As partially outlined in the government's letter dated September 22, 2010, Mr. Raheem, in relying on the trial record, was under the impression that the goverment was obilgated to turn over to the defense a computer seized from cooperating witness' Dwayne Meyers apartment. He was not aware that the issue had been resolved during trial by a government lawyer's review of the computer.

Hon. David G. Trager
September 23, 2010
Page Two

   Therefore, I respectfully request on Mr. Raheem's behalf that all post trial motions be filed on or before October 29, 2010. If you have any questions, or require additional information, please feel free to contact my office.

   Thank you in advance for your consideration in this matter.

                                              Sincerely,

                                              Jeremy Schneider

cc: AUSA James Looman
    Abu Bakr Raheem

**APPLICATION GRANTED.**
**SO ORDERED.**

s/ DGT  8/23/10
David G. Trager
United States District Judge

No Further
Adjournments will be granted.